# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 24-91 DHU | | USA vs.: McCown | |
| Date: 10/29/24 | | Name of Deft: Teresa McCown | |
| Before the Honorable: | David Herrera Urias | | |
| Time In/Out: 2:04-2:34 | | Total Time in Court (for JS10): | 30 minutes |
| Clerk: J. Gonzales | | Court Reporter: | C. McAlister |
| AUSA: Alexander Flores | | Defendant's Counsel: | James Loonam |
| Sentencing in: ABQ | | Interpreter: | |
| Probation Officer: Robert Sanchez | | Interpreter Sworn? | Yes ☐  No ☐ |

| Convicted on: | X Plea | ☐ Verdict | As to: | ☐ Information | X Indictment |
|---|---|---|---|---|---|
| If Plea: | ☐ Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | 1-9 | |
| If Plea Agreement: | X Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: | |
| Date of Plea/Verdict: 7/11/24 | PSR: X Not Disputed | ☐ Disputed | X Courts adopts PSR Findings | | |
| Evidentiary Hrg: X Not Needed | ☐ Needed | Exceptions to PSR: | | | |

## SENTENCE IMPOSED

| Imprisonment (BOP): | 2 days or time served; whichever is less |
|---|---|
| Supervised Release: | 3 years;<br>1 year as to count 1<br>3 years as to counts 2-9; said terms to run concurrently for a total term of 3 years |
| Probation: | |

| REC | ☐ 500-Hour Drug Program | ☐ BOP Sex Offender Program | ☐ Other: |
|---|---|---|---|
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ☐ ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | | | |
|---|---|---|---|---|---|
| ☐ | No re-entry without legal authorization | | ☐ | Home confinement for  months  days | |
| ☐ | Comply with ICE laws and regulation | | ☐ | Community service for  months  days | |
| ☐ | Participate in/successfully complete subst abuse program/testing | | ☐ | Reside halfway house  months  days | |
| X | Participate in mental health treatment program | | ☐ | Register as sex offender | |
| ☐ | Refrain from use/possession of alcohol/intoxicants | | ☐ | Participate in sex offender treatment program | |
| X | Submit to search of person/property | | ☐ | Possess no sexual material | |
| ☐ | No contact with victim(s) and/or co-defendant(s) | | ☐ | No computer with access to online services | |
| ☐ | No entering or loitering near victim's residence | | ☐ | No contact with children under 18 years | |
| X | Provide financial information | | ☐ | No volunteering where children supervised | |
| ☐ | Grant limited waiver of confidentiality | | ☐ | Restricted from occupation with access to children | |
| ☐ | Refrain from use and possession of synthetic cannabinoids, etc. | | ☐ | No loitering within 100 feet of school yards | |
| ☐ | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | ☐ | Participate in an educational or vocational program approved by the Probation Officer | |
| OTHER: | You shall waive your right of confidentiality-mental health<br>You must take all mental health medications that are prescribed by your treating physician.<br>You must not incur new credit charges, negotiate or consummate any financial contracts or open additional lines of credit.<br>You must not open new lines of credit, which includes the leasing of any vehicle or other property or use existing credit resources without the prior approval of the supervising probation officer.<br>You must not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without the approval of the supervising probation officer until all financial obligations imposed by this court have been satisfied. | | | | |

| Fine: | $ 20,000.00 | | Restitution: | $ 208,341.28 | |
|---|---|---|---|---|---|
| SPA: | $ 900.00 | | Payment Schedule: | X Due Immediately | ☐ Waived |
| OTHER: | | | | | |

|  | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
|  | Held in Custody |  | Voluntary Surrender |
|  | Recommended place(s) of incarceration: ||| 
|  | Dismissed Counts: |||
| OTHER COMMENTS: | Mr. Flores addresses Court re: plea agreement.<br>Mr. Loonam addresses Court.<br>Defendant addresses Court.<br>Court orders liquation of property listed in paragraph 10 of PSR to the extent necessary to pay penalties in full.<br>Mr. Flores requests fine be imposed.<br>Mr. Loonam objects to imposition of fine.<br>Mr. Flores requests continuation of COR as outlined in sentencing memorandum. |||

Teresa Diane McCown
5006 Sandalwood Drive
Farmington, New Mexico
(505) 320-2080

The Jicarilla Apache Nation
The Navajo Nation
BIA-Farmington Office
The Court


Dear Sir of Madam:

I am here today to accept the ruling from the court on my case. I have had time to reflect on my actions and now realize that there are much larger consequences then just what illnesses I have been dealing with. It has not only harmed the two nations but also the people of those nations. For this I am truly am sorry. Up until the time of my illness and chronic depression I had a good working relationship with both nations oil and gas divisions and the BIA. Everyone in the Jicarilla Apache Nation and the Farmington BIA office were so willing to work with me and I did nothing to correct the wrongs. Your honor I apologize to this court, The Jicarilla Apache Nation as well as the BIA-Farmington Office and the Navajo Nation.

Sincerely,

Teresa McCown